**No. 26-1349**

# In the United States Court of Appeals for the Seventh Circuit

FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES,

*Plaintiff-Appellant*,

v.

NORTHWESTERN UNIVERSITY, HARI OSOFSKY, IN HER OFFICIAL CAPACITY AS DEAN OF NORTHWESTERN UNIVERSITY SCHOOL OF LAW, JANICE NADLER, IN HER OFFICIAL CAPACITY AS PROFESSOR OF LAW AT NORTHWESTERN UNIVERSITY, DANIEL RODRIGUEZ, IN HIS OFFICIAL CAPACITY AS PROFESSOR OF LAW AT NORTHWESTERN UNIVERSITY, DHEVEN UNNI, IN HIS OFFICIAL CAPACITY AS EDITOR IN CHIEF OF THE NORTHWESTERN UNIVERSITY LAW REVIEW, JAZMYNE DENMAN, IN HER OFFICIAL CAPACITY AS SENIOR EQUITY AND INCLUSION EDITOR OF THE NORTHWESTERN UNIVERSITY LAW REVIEW,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Illinois,
Case No. 1:25-cv-01129
The Honorable Sara L. Ellis

## DEFENDANTS-APPELLEES' UNOPPOSED MOTION TO CORRECT CAPTION

Defendants-Appellees Northwestern University, Hari Osofsky, Janice Nadler, Daniel Rodriguez, Dheven Unni, and Jazmyne Denman ("Defendants") move to amend the case caption to reflect the proper parties to this appeal. Plaintiff-Appellant Faculty, Alumni, and Students Opposed to Racial Preferences ("FASORP") does not oppose this request. In support of this motion, Defendants state as follows:

1. FASORP filed the above-captioned suit against Northwestern University and the individual defendants listed in the above caption.

2. In the District Court, FASORP agreed to dismissal of the claims brought against the individual defendants. *See* Dkt. 52 at 31. The District Court accordingly dismissed all claims asserted against the individual defendants.

3. FASORP has not appealed the dismissal of the individual defendants from this suit, as its initial brief does not challenge such dismissal. Accordingly, the individual defendants are not proper parties to this appeal.

4. The sole remaining appellee is Northwestern University.

5. Counsel for Defendants contacted counsel for FASORP to ask for his position on this request to amend the caption. Counsel for FASORP replied that he consented to the request.

For the foregoing reasons, Defendants respectfully request that the Court amend the official case caption in this Court with the caption proposed below:

FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES,
*Plaintiff-Appellant*,
V.
NORTHWESTERN UNIVERSITY,
*Defendant-Appellee.*

Dated: May 6, 2026

Respectfully submitted,

*/s/ Samir Deger-Sen*

Samir Deger-Sen
*Counsel of Record*
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Danielle Conley
Jude Volek
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Suite 700
Washington, DC 20004
(202) 240-2945

Sean M. Berkowitz
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
(312) 876-7700
sean.berkowitz@lw.com

Christine C. Smith
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200
christine.smith@lw.com

*Counsel for Defendants-Appellees*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 213 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

This document complies with the typeface requirements and type-style requirements of Federal Rule of Appellate Procedure 32(a), as amended by Circuit Rule 32(b), because it has been prepared in a proportionally spaced typeface using Microsoft Word in 12-point Century Schoolbook font.

Dated: May 6, 2026

*/s/ Samir Deger-Sen*
Samir Deger-Sen

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, I caused the foregoing to be served by electronic means through the Court's CM/ECF system on counsel for all parties who are registered CM/ECF users.

Dated: May 6, 2026

*<u>/s/ Samir Deger-Sen</u>*
Samir Deger-Sen