**No. 26-1349**

# In the United States Court of Appeals for the Seventh Circuit

FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES,

*Plaintiff-Appellant*,

V.

NORTHWESTERN UNIVERSITY, HARI OSOFSKY, IN HER OFFICIAL CAPACITY AS DEAN OF NORTHWESTERN UNIVERSITY SCHOOL OF LAW, JANICE NADLER, IN HER OFFICIAL CAPACITY AS PROFESSOR OF LAW AT NORTHWESTERN UNIVERSITY, DANIEL RODRIGUEZ, IN HIS OFFICIAL CAPACITY AS PROFESSOR OF LAW AT NORTHWESTERN UNIVERSITY, DHEVEN UNNI, IN HIS OFFICIAL CAPACITY AS EDITOR IN CHIEF OF THE NORTHWESTERN UNIVERSITY LAW REVIEW, JAZMYNE DENMAN, IN HER OFFICIAL CAPACITY AS SENIOR EQUITY AND INCLUSION EDITOR OF THE NORTHWESTERN UNIVERSITY LAW REVIEW,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Illinois,
Case No. 1:25-cv-01129
The Honorable Sara L. Ellis

## DEFENDANTS-APPELLEES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26, Defendants-Appellees ("Defendants") respectfully move for a 30-day extension of time to file their brief in the above-captioned appeal, making the brief due on or before July 1, 2026. Plaintiff-Appellant Faculty, Alumni, and Students Opposed to Racial Preferences ("FASORP") does not oppose this request. In support of this motion, Defendants state as follows:

1. Defendants' brief is currently due on or before June 1, 2026.

2. Defendants respectfully request that the time to file their response brief be extended by 30 days, until July 1, 2026.

3. As set forth in the accompanying declaration, there is good cause to grant this motion. Defendants' appellate counsel have numerous preexisting professional obligations in the coming weeks. The requested extension will enable counsel to prepare a brief that responds to the points raised in FASORP's brief in the most direct and efficient manner for the Court's consideration.

4. This is Defendants' first request for an extension of time to file their response brief. Additionally, this request is being filed more than seven days before the current due date for the response brief, as required by Circuit Rule 26. This request is made in good faith and not for purposes of delay, and the granting of a 30-day extension will not prejudice any party.

5. Counsel for Defendants conferred with counsel for FASORP, who stated that FASORP consents to the requested extension.

6. Defendants will exercise diligence in preparing their response brief and will file it within the time requested.

For the foregoing reasons, Defendants respectfully request that the Court extend the time for filing the response brief by 30 days, to and including July 1, 2026.

Dated: May 6, 2026

Respectfully submitted,

*/s/ Samir Deger-Sen*

Samir Deger-Sen
*Counsel of Record*
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Christine C. Smith
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200
christine.smith@lw.com

Danielle Conley
Jude Volek
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Suite 700
Washington, DC 20004
(202) 240-2945

Sean M. Berkowitz
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
(312) 876-7700
sean.berkowitz@lw.com

*Counsel for Defendants-Appellees*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 284 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

This document complies with the typeface requirements and type-style requirements of Federal Rule of Appellate Procedure 32(a), as amended by Circuit Rule 32(b), because it has been prepared in a proportionally spaced typeface using Microsoft Word in 12-point Century Schoolbook font.

Dated: May 6, 2026

*/s/ Samir Deger-Sen*
Samir Deger-Sen

No. 26-1349

# In the United States Court of Appeals for the Seventh Circuit

FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES,

*Plaintiff-Appellant*,

v.

NORTHWESTERN UNIVERSITY, HARI OSOFSKY, IN HER OFFICIAL CAPACITY AS DEAN OF NORTHWESTERN UNIVERSITY SCHOOL OF LAW, JANICE NADLER, IN HER OFFICIAL CAPACITY AS PROFESSOR OF LAW AT NORTHWESTERN UNIVERSITY, DANIEL RODRIGUEZ, IN HIS OFFICIAL CAPACITY AS PROFESSOR OF LAW AT NORTHWESTERN UNIVERSITY, DHEVEN UNNI, IN HIS OFFICIAL CAPACITY AS EDITOR IN CHIEF OF THE NORTHWESTERN UNIVERSITY LAW REVIEW, JAZMYNE DENMAN, IN HER OFFICIAL CAPACITY AS SENIOR EQUITY AND INCLUSION EDITOR OF THE NORTHWESTERN UNIVERSITY LAW REVIEW,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Illinois,
Case No. 1:25-cv-01129
The Honorable Sara L. Ellis

## DECLARATION OF SAMIR DEGER-SEN IN SUPPORT OF DEFENDANTS-APPELLEES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE BRIEF

Pursuant to Circuit Rule 26 and 28 U.S.C. § 1746, I, Samir Deger-Sen, hereby declare as follows:

1. I am a partner at Latham & Watkins LLP and counsel for Defendants-Appellees in the above-captioned appeal. I am over 21 years of age, have personal knowledge of the facts set forth below, and if called upon, can and will testify competently thereto.

2. FASORP filed its opening brief on May 1, 2026, after seeking a 30-day extension of time. *See* ECF Nos. 14, 15, 20. Under Fed. R. App. P. 31(a)(1), Defendants must serve and file a brief on or before June 1, 2026.

3. The requested extension will permit Defendants' appellate counsel to respond to the points raised by FASORP in its opening brief in the most direct and efficient manner for the Court's consideration.

4. In addition to this appeal, Defendants' appellate counsel have numerous professional obligations with proximate due dates, including:

- Preparing a motion to dismiss in *Ted Entertainment, Inc. v. Meta Platforms, Inc.*, No. 25-cv-10931 (N.D. Cal.), due May 13, 2026.
- Preparing a reply in support of a motion to dismiss in *L.A. Terminals, Inc. v. United National Insurance Co.*, No. 26-727 (9th Cir.), due May 18, 2026.
- Preparing a merits brief in *Medley Mgmt., Inc. v. Lowenstein Sandler, LLP*, No. 2025-05511 (N.Y. App. Div. 1st Dep't), due May 22, 2026.
- Preparing a petition for certiorari from *Ragland v. United States*, No. 23-12278 (11th Cir.), due June 3, 2026.
- Preparing a reply in support of summary judgment and opposition to a cross-motion for summary judgment in *Mathis v. U.S. Parole Comm'n*, No. 24-1312 (D.D.C.), due June 3, 2026.

- Preparing a reply in support of a petition for certiorari in *Wassily v. Bondi*, No. 25-842 (U.S.), due June 8, 2026.
- Presenting oral argument in *Clark v. Instant Checkmate*, No. 25-cv-02724-DDD-MDB (D. Colo.), on June 16, 2026.

5. This is Defendants' first request for an extension of time to file their response brief. This request is made in good faith and not for purposes of delay.

6. Counsel for FASORP has stated that FASORP does not oppose the requested extension.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: May 6, 2026

*/s/ Samir Deger-Sen*
Samir Deger-Sen