# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER: CIRCUIT RULE 31 / SPECIFIC PARTY SUBMISSION

May 7, 2026

| | |
|---|---|
| No. 26-1349 | FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES,<br>Plaintiff - Appellant<br>v.<br><br>NORTHWESTERN UNIVERSITY, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-01129<br>Northern District of Illinois, Eastern Division<br>District Judge Sara L. Ellis |

The following are before the court:

1. **DEFENDANTS-APPELLEES' UNOPPOSED MOTION TO CORRECT CAPTION**, filed on May 6, 2026, by counsel for the appellees.

2. **DEFENDANTS-APPELLEES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE BRIEF**, filed on May 6, 2026, by counsel for the appellees.

Appellees Hari Osofsky, Sarah Lawsky, Janice Nadler, Daniel Rodriguez, Dheven Unni, and Jazmyne Denman have notified the court that they will not be participating in this appeal. Accordingly,

**IT IS ORDERED** that the motion to correct caption is **GRANTED** to the extent that this appeal will be submitted for decision without the filing of a brief or participation in oral argument by appellees Hari Osofsky, Sarah Lawsky, Janice Nadler, Daniel Rodriguez, Dheven Unni, and Jazmyne Denman. A copy of this order will be distributed to the assigned merits panel.

**IT IS FURTHER ORDERED** that the motion for extension of time is **GRANTED**. Briefing will proceed as follows:

1. The brief of the appellee is due by July 1, 2026.

2. The reply brief of the appellant, if any, is due by July 22, 2026.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_CR31d_Subm_Specific_Appellee** (form ID: **175**)