# MITCHELL LAW

JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 TEL
(512) 686-3941 FAX
jonathan@mitchell.law

November 18, 2026

Christopher G. Conway
Clerk of Court, U.S. Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

**Re:** ***American Alliance for Equal Rights v. State of Illinois*, Nos. 25-2461 & 25-2487**

Dear Mr. Conway:

Plaintiff-appellant Faculty, Alumni, and Students Opposed to Racial Preferences respectfully advises the Court of the Seventh Circuit's decision in *American Alliance for Equal Rights v. State of Illinois*, Nos. 25-2461 & 25-2487 (7th Cir.), which was issued earlier today.

*American Alliance* holds that an organizational plaintiff's "decision to use pseudonyms for its members in its complaint does not defeat its organizational standing." Slip op. at 15. It further holds that the Seventh Circuit's rulings disfavoring anonymous litigation are inapplicable when the actual parties are named but the individual members of a named party are kept anonymous. *See id.* ("[O]ur cases about pseudonymous parties are inapplicable here. All *parties* in this case are named. It's the *members* of the Alliance that have been kept pseudonymous, and the law is clear that Article III associational standing is not significantly threatened by an organization's decision to keep individual members pseudonymous.").

The relevant discussion appears on pages 14–15 of the slip opinion, which we have attached to this letter.

Respectfully submitted.

/s/ Jonathan F. Mitchell

JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940
jonathan@mitchell.law

*Counsel for Plaintiff-Appellant*

cc: All counsel (via CM/ECF)